# EXHIBIT A

**WEISBERG LAW**
Matthew B. Weisberg
Attorney Id. No.: 85570
L. Anthony DiJiacomo, III
Attorney Id. No.: 321356
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

Filed and Attested by the Office of Judicial Records 24 NOV 2025 12:41 pm BALILONIS

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| **BEST BEV, LLC**<br>c/o Weisberg Law<br>7 South Morton Ave<br>Morton, PA 19070<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN KELLY, ESQ.**<br>d/b/a Norris McLaughlin<br>515 W. Hamilton Street, Suite 502<br>Allentown, PA 18101<br><br>And<br><br>**NORRIS MCLAUGHLIN, P.C.**<br>d/b/a Norris McLaughlin<br>515 W. Hamilton Street, Suite 502<br>Allentown, PA 18101<br><br>Defendants. | : | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>No.:<br><br>JURY TRIAL OF TWELVE JURORS DEMANDED. |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE OFFICE OF JUDICIAL RECORDS:**

Kindly issue a writ of summons against all Defendants in the above-captioned matter.

Respectfully Submitted,

**WEISBERG LAW**

Dated: *November 24, 2025*

*/s/ L. Anthony DiJiacomo, III,*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiff*

Summons
Citacion

# Commonwealth of Pennsylvania
COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
24 NOV 2025 12:15 pm
B. BALILONIS

| | | |
|---|---|---|
| Best Bev, LLC<br>*Plaintiff*<br><br>vs.<br><br>John Kelly, Esq., et al.<br>*Defendant* | : | COURT OF COMMON PLEAS<br><br>_____________Term, 20______<br><br>No._________________ |

To[1]
John Kelly, Esq. and Norris McLaughlin, P.C.

## Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*
Best Bev, LLC

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: ________________________

Date:________________________

NOV 2025 12:15 pm
B. BALILONIS

Case ID: 251103259

10-208 (Rev. 3/20/24)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

____________ Term, 20 _________

No. ________________

Best Bev, LLC.

*Plaintiff*

vs.

John Kelly, Esq., et al.

*Defendant*

# SUMMONS